| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI, (CABN 138549)<br>Chief, Criminal Division |
| 4 | H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3717 |
| 7 | Facsimile: (510) 637-3724<br>E-mail: Shashi.Kewalramani@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRBY BLACKMON,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. 06-00713 SBA<br>AMENDED<br>[XXXXXXX] [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET STATUS HEARING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK<br><br>Date: February 6, 2007<br>Time: 9:00 a.m.<br>Before the Honorable Saundra B. Armstrong |

### [PROPOSED] ORDER

Pursuant to 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Stipulation To Re-Set Status Hearing And Exclusion Of Time Under Speedy Trial Clock between February 6, 2007 and February 13, 2007. The Stipulation also noted that counsel for the defendant has received a substantial amount of discovery and that counsel for the defense requires the additional time to effectively prepare taking into account the exercise of due diligence. Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period of time between February 6, 2007 and February 13, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(8)(B)(iv). The (8)(A)(B)(iv).

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET STATUS
HEARING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK
Case No. 06-00713 SBA                              1

1  Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the
2  best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). The
3  matter is re-set for further status conference on February 13, 2007 at 9 a.m.

5  DATED: 2/9/07

   _____
7  SAUNDRA B. ARMSTRONG
   United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET STATUS
HEARING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK
Case No. 06-00713 SBA                       2