1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607-3627
4
    Counsel for Defendant BLACKMON
5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    )
                                                 )   No. CR 06-00713 SBA (WDB)
12                     Plaintiff,                )
                                                 )   STIPULATION AND [PROPOSED]
13          v.                                   )   ORDER MODIFYING CONDITIONS
                                                 )   OF PRETRIAL RELEASE
14  KIRBY BLACKMON,                              )
                                                 )
15                                               )
                                                 )
16                     Defendant.                )
                                                 )
17

18

19          IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions

20  of pretrial release for Kirby Blackmon may be modified to allow Mr. Blackmon to travel to the

21  Eastern District of California.  Mr. Blackmon has family who live in the Eastern District and he

22  would like to be able to visit with them.  Defense counsel has spoken with United States Pretrial

23  Services Officer Paul Mamaril who does not object to the proposed modification.  All other

24  conditions of release would remain the same.

25

26

FILED

MAR 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial; Lisa Clark

1

2   DATED:     March 8, 2007                           /S/

3                                          _____
                                           JOYCE LEAVITT
4                                          Assistant Federal Public Defender

5   DATED:     March 8, 2007                           /S/

6                                          _____
                                           H. H. (SHASHI) KEWALRAMANI
7                                          Assistant United States Attorney

8

9                          SIGNATURE ATTESTATION

10        I hereby attest that I have on file all holograph signatures indicated by a "conformed"

11  signature ("/S/") within this efiled document.

12

13

14                                    **ORDER**

15        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that  the conditions of pretrial

16  release for Kirby Blackmon may be modified to allow Mr. Blackmon to travel to the Eastern

17  District of California so that he can visit with family members.  All other conditions of release shall

18  remain the same.

19

20        SO ORDERED.

21

22  DATED: 3-12-07                         _____

23                                         WAYNE D. BRAZIL
                                           United States Magistrate Judge

24

25

26