SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI, (CABN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3717
  Facsimile: (510) 637-3724
  E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06-00713 SBA |
|     Plaintiff, ) | ORDER GRANTING STIPULATION TO RE-SET HEARING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK |
| v. ) | |
| KIRBY BLACKMON, ) | Date: June 5, 2007<br>Time: 9:00 a.m. |
|     Defendant. ) | Before the Honorable Saundra B. Armstrong |

### **ORDER**

Pursuant to 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Stipulation To Re-Set Status Hearing And Exclusion Of Time Under Speedy Trial Clock between June 5, 2007 and June 12, 2007. The Stipulation also noted that Court has deemed this case complex. Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period of time between June 5, 2007 and June 12, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(8)(B)(ii). The Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the best interests of the

1  public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).   The matter is re-set for
2  further trial setting or change of plea on June 12, 2007 at 9 a.m.

4  DATED:6/7/07

*[signature: Saundra B Armstrong]*
SAUNDRA B. ARMSTRONG
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET STATUS
HEARING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK
Case No.  06-00713 SBA                         2