SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI, (CABN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06-00713 SBA |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL CLOCK |
| v. ) | |
| KIRBY BLACKMON, ) | Date: June 12, 2007 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Before the Honorable Saundra B. Armstrong |

**[PROPOSED] ORDER**

Pursuant to 18 U.S.C. § 3161(h)(1)(I), the parties in this matter filed a Stipulation To Exclude Time Under Speedy Trial Clock between June 12, 2007 and September 18, 2007. The exclusion is based on the the proposed plea agreement provided to the Court in this matter. Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period of time between June 12, 2007 and September 18, 2007 is excluded from the Speedy Trial Clock to allow the Court to "consider[] . . . a proposed plea agreement to be entered into by the defendant and the attorney for the

///

///

[PROPOSED] ORDER GRANTING STIPULATION TO
EXCLUDE TIME UNDER SPEEDY TRIAL CLOCK
Case No. 06-00713 SBA     1

1 | Government." 18 U.S.C. § 3161(h)(1)(I).

3 | DATED: 6/14/07

_____
SAUNDRA B. ARMSTRONG
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO
EXCLUDE TIME UNDER SPEEDY TRIAL CLOCK
Case No. 06-00713 SBA                    2