BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant BLACKMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00713 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER FOR CONTINUANCE OF |
| ) | CHANGE OF PLEA AND |
| ) | SENTENCING DATE |
| KIRBY WARD BLACKMON, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case, currently scheduled for September 18, 2007, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, October 16, 2007, at 10:00 a.m. for change of plea and sentencing. The reason for the request is that Mr. Blackmon has eye surgery scheduled for September 11, 2007 to replace the lense in his left eye which has been damaged because of his diabetes. Mr. Blackmon had this surgery on his right eye in March and is still suffering from visions problems which are being addressed by his doctor. Mr. Blackmon anticipates that if there are no complications with the surgery, the vision in his left eye

*United States v. Blackmon*, CR 06-00713 SBA
Stip. to Continue Sentencing            - 1 -

will be clear enough for him to review documents and participate in his sentencing by October 16, 2007. He further anticipates that the problems with the vision in his right eye will be addressed by then. The plea agreement anticipates that Mr. Blackmon will be sentenced to custody. Mr. Blackmon wants to make sure that the ongoing problems with his vision are addressed prior to the change of plea and sentencing so that he can meaningfully participate in his case. United States Probation Officer Christina Carrubba has been notified and she has no objection to the proposed continuance.

The parties stipulate that the time from September 18, 2007, to October 16, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(4) for adequate preparation of counsel and due to the fact that Mr. Blackmon is physically unable to stand trial as he recuperates from the eye surgery. The Court also could exclude time under 18 U.S.C. §3161(h)(1)(I) as it continues to consider the proposed plea agreement to be entered into by the defendant and the attorney for the Government.

DATED: 8/29/07

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 8/29/07

/S/
_____
H.H. (SHASHI) KEWELRAMANI
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*United States v. Blackmon*, CR 06-00713 SBA
Stip. to Continue Sentencing                - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date in this case, currently scheduled for September 18, 2007, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, October 16, 2007, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from September 18, 2007, to October 16, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A), (h)(4) and (h)(1)(I) for adequate preparation of counsel, because Mr. Blackmon is physically unable to stand trial as he recuperates from the eye surgery and in order for the Court to continue considering the proposed plea agreement to be entered into by the defendant and the attorney for the Government. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 9/4/07

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge